THE HONORABLE PAUL B. SNYDER
CHAPTER 13
TACOMA, WA

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 10-45662-PBS |
| SHANNON and NICOLE VANDERFORD, | Adversary No. |
| Debtors. | COMPLAINT FOR TURNOVER OR ESTATE PROPERTY |
| MICHAEL G. MALAIER, Chapter 13 Trustee for the Estate of Vanderford, | |
| Plaintiff, | |
| v. | |
| FRANCISCAN HEALTH SYSTEM, a Washington Corporation, FDBA ST. JOSEPH MEDICAL CENTER, | |
| Defendant. | |

**COMES NOW** Plaintiff, Michael G. Malaier, the Chapter 13 Standing Trustee for the above-referenced bankruptcy estate, by and through his counsel of record, Matthew J.P. Johnson, and alleges the following causes of action based upon information and belief:

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Complaint for Turnover of Estate Property– Page 1

## I. JURISDICTION

1.1 This action arises under Rule 7001(1) the Federal Rules of Bankruptcy Procedure, and seeks to recover estate monies held by Defendant Franciscan Health System FDBA St. Joseph Medical Center (hereinafter "Defendant") pursuant to 11 U.S.C. §542.

1.2. This adversary matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (F).

1.3. This Court enjoys jurisdiction herein pursuant to 28 U.S.C. §1334.

1.4 Venue for this matter resides in this Court as set forth in 28 U.S.C. §1409(a); venue is proper.

## II. PARTIES

2.1. Plaintiff, Michael G. Malaier, is the Chapter 13 Standing Trustee herein for the bankruptcy estate of the Debtors, Shannon and Nicole Vanderford. Plaintiff is authorized to bring these actions under 11 U.S.C. §542.

2.2 Defendant timely filed an unsecured claim, ECF number 5-1, seeking payment of $995.52 on August 25, 2010.

## III. CAUSE OF ACTION UNDER 11 U.S.C. §542

3.1. Plaintiff realleges the allegations set forth in paragraphs 1.1 through 2.2 and hereby incorporates them by reference.

3.2 Plaintiff has inadvertently overpaid Defendant by $948.69, contrary to the terms of Debtors' confirmed Chapter 13 plan.

3.3 Despite numerous written requests to return said funds, Defendant has refused to return the subject funds.

3.4 The funds at issue constitute property of the bankruptcy estate and should be turned over to Plaintiff for administration according to law.

**WHEREFORE** having asserted his Complaint, Plaintiff prays:

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Complaint for Turnover of Estate Property– Page 2

1. That Defendant be ordered to turn over to Plaintiff the sum of $948.69;
2. For costs of initiating and prosecuting suit;
3. For such further and other relief as the court deems appropriate and just.

**DATED** this 22nd day of April, 2016.

					/s/ Matthew J.P. Johnson
					MATTHEW J.P. JOHNSON, WSBA #40476
					Attorney for Plaintiff/ Chapter 13 Trustee

### PLAINTIFF'S CERTIFICATION

I, MICHAEL G. MALAIER, duly appointed Chapter 13 Trustee and Plaintiff herein, have read the foregoing complaint with attached exhibit. I believe the facts and allegations herein complained of to be true and accurate to the best of my ability.

**SWORN** to under penalty of perjury this 22nd day of April, 2016.

					/s/ Michael Malaier
					MICHAEL G. MALAIER
					Chapter 13 Standing Trustee

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Complaint for Turnover of Estate Property– Page 3

Case 16-04050-PBS    Doc 1    Filed 04/22/16    Ent. 04/22/16 11:05:31    Pg. 3 of 3